| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* 04CR50082-001-TUC-FRZ |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | | |
| | | | DOCKET NUMBER *(Rec. Court)* 3:04-CR-00002-RRB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: LACHELLE S. BOSWELL 1516 Charter Cir. Anchorage, AK 99513 | DISTRICT District Of Arizona | DIVISION Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE Frank R. Zapata | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/14/05   TO 11/13/07 |

OFFENSE

Title 18, USC § 2113(b), Bank Larceny, a Class C Felony offense.

RECEIVED FEB 8 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Alaska upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-12-06
Date

**REDACTED SIGNATURE**
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/7/07
Effective Date

**REDACTED SIGNATURE**
United States District Judge

SCANNED