# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**

v.

**LACHELLE S. BOSWELL**

USM#: 14890-006

No **CR 04-50082-001-TUC-FRZ(CRP)**

**JUDGMENT AND COMMITMENT**
**REVOCATION OF PROBATION**

Micaela Portillo, (AFPD)
Attorney for Defendant

On 6/14/04 the defendant, present with counsel, appeared for sentencing for violating, Title 18. USC §2113(b), Bank Larceny. a Class C Felony offense, as charged in the Information filed herein

The defendant was sentenced to a term of probation for **FOUR (4) YEARS**.

On 8/30/05 the United States Attorney filed a petition to revoke the term of probation

On 10/12/05 the defendant appeared with counsel and admitted allegation(s) B as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of probation imposed on 6/14/04 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED**, with a term of **TWENTY FOUR (24) MONTHS** supervised release to follow.

IT IS FURTHER ORDERED THAT ALL REMAINING ALLEGATIONS ARE DISMISSED.

In addition to the standard conditions of supervision, the defendant shall also comply with the following special conditions:

1. You shall provide the probation officer access to any requested financial information.

2. You are prohibited from making major purchases, incurring new financial obligations. or entering into any financial contracts without the prior approval of the probation officer.

3. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

4. You shall cooperate in the collection of DNA as directed by the probation officer.

5. You shall pay the restitution balance of $17,961.18 in monthly installments of $100.00 until paid in full and shall start installments 90 days from today's date.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

The defendant previously waived the right to appeal.

November 14, 2005
Date of Imposition of Sentence

DATED this 15th day of November, 2005.

RECEIVED

REDACTED SIGNATURE

FRANK R. ZAPATA
United States District Judge
TUCSON FIELD SUPERVISION

CC: USA/CNSL(Micaela Portillo)/PROB/PTS/JUDGE/USM(2 certified)/ICE(1 certified)/Order Book
CR 04-50082-001-TUC-FRZ(CRP) - BOSWELL