PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
FEB 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lachelle S. Boswell

Case Number:
District of Alaska: 3:04-CR-00002-RRB
District of Arizona: CR-50082-001-TUC

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   June 14, 2004

Original Offense:   Bank Larceny in violation of 18 U.S.C. § 2113(b)

Original Sentence:   4 years probation

Date Supervision Commenced: June 14, 2004

### PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

"The defendant shall participate in the home confinement program during non-working hours for a 30 day consecutive period commencing upon instruction of her probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system."

### CAUSE

On June 14, 2004, the defendant was sentenced to four years of probation with the condition that the defendant shall participate in and fully comply with either or both inpatient or outpatient mental health treatment program approved by the United States Probation Office, when deemed appropriate.

On September 2, 2004, the U.S. District Court in the District of Arizona accepted the defendant's transfer of jurisdiction of her probation.

On August 30, 2005, a Petition to Revoke Probation was filed in the District of Arizona due to a number of violations of the defendant's probation, and a Warrant for Arrest was issued and the defendant was arrested on October 3, 2005.

On November 15, 2005, the defendant was sentenced on violations of her probation and her probation

*Request for Modification of Conditions or Term*
*Name of Offender      :       Lachelle S. Boswell*
*Case Number           :       District of Arizona: CR-50082-001-TUC*

that was imposed on June 14, 2004, was revoked. The defendant received credit for time served with 24 months of supervised release. The defendant was also given a special condition of supervised release to participate in mental health programs as directed by the probation officer which may include taking prescribed medication and shall contribute to the cost of treatment in an amount to be determined by the probation officer.

On November 28, 2005, the defendant returned to the District of Alaska and this office began supervising the defendant on a courtesy basis.

On January 25, 2006, the defendant was assessed for mental health treatment and it was recommended the defendant receive counseling which resulted in the defendant being referred for one counseling session per week.

On April 26, 2006, the defendant was discharged from her mental health treatment counselor. According to the treatment provider, "her attendance was unreliable, with frequent cancellations on short notice. She appeared willing to cooperate with treatment only when entirely convenient. As a result, she appeared only twice in three months. Her poor compliance resulted in termination of services."

On September 1, 2006, the defendant was referred to another mental health treatment provider with counseling one session per week.

On January 13, 2007, the defendant was discharged from her second mental health treatment counselor. According to the treatment provider, "While Ms. Boswell appeared to utilize the therapy sessions her attendance was so inconsistent that it was not possible to maintain her as a client. Therefore counseling was terminated. If she should be interested in psychotherapy in the future it should only be under strict conditions of attendance."

Respectfully submitted,

REDACTED SIGNATURE

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: February 5, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

*Request for Modification of Conditions or Term*
*Name of Offender        :        Lachelle S. Boswell*
*Case Number             :        District of Arizona: CR-50082-001-TUC*

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other: _____

_____

**REDACTED SIGNATURE**
Ralph R. Beistline,
U.S. District Court Judge
Date: 2/8/07

*Request for Modification of Conditions or Term*
*Name of Offender        :        Lachelle S. Boswell*
*Case Number             :        District of Arizona: CR-50082-001-TUC*

-3-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Lachelle S. Boswell**                Docket No:
                                                Dist of Arizona: CR-04-50082-001-TUC
                                                Dist of Alaska:

   I, _Lachelle S. Boswell_ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall participate in the home confinement program during non-working hours for a 30 day consecutive period commencing upon instruction of her probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system.  ~~The defendant shall pay for the cost of electronic monitoring or other location verification system.~~"

Signed: REDACTED SIGNATURE                      Date: 2/5/2007
        Lachelle S. Boswell
        Probationer or Supervised Release

Witness: REDACTED SIGNATURE
         Chris Liedike                          Date: 2/5/07
         U.S. Probation/Pretrial Services Officer