PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release



# United States District Court

for the

District of Alaska

NOV 1 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

    v.                          Case No.    3:04-CR-0002-RRB

Lachelle S. Boswell

It appears that the above-named defendant has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on November 14, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**

Chris Liedike                                    Date
U.S. Probation/Pretrial Services
Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___16___ day of ___November___, 20_07_.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge